**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02443-JLK-MEH

PAUL G. WARNER and JILL R. WARNER,

      Plaintiffs,

vs.

FORD MOTOR COMPANY, a foreign corporation,

      Defendant.

**ORDER GRANTING STIPULATION FOR DISPOSITION OF
DEFENDANT'S MOTION TO DISMISS**

Kane, J.

This matter is before me on the parties' Stipulation for Disposition of Ford Motor Company's Motion to Dismiss Plaintiff's Third, Fourth, Fifth and Sixth Claims for Relief (Doc. 12), filed January 16, 2007. Upon review of the Stipulation, I GRANT the relief requested by the parties and therefore ORDER as follows:

1. Defendant's Motion to Dismiss (Doc. 7) is hereby withdrawn; and

2. Plaintiffs shall have 10 days from the date of this Order to file their Amended Complaint as provided in the Stipulation.

Dated this 17th day of January, 2007.

                                            s/John L. Kane
                                            John L. Kane, Senior Judge
                                            United States District Court