**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02443-JLK-MEH

PAUL G. WARNER and JILL R. WARNER,

      Plaintiffs,

vs.

FORD MOTOR COMPANY, a foreign corporation,

      Defendant.

**ORDER**

Kane, J.

      Defendant's Motion to Extend Deadline to Designate Non-Parties at Fault (Docket #19), filed March 6, 2007, is granted. Defendant may file a designation of potential non-parties at fault up to and including May 7, 2007. The basis for granting this extension is Defendant's representation that it could not identify and designate potential non-parties at fault in compliance with Colorado's statutory deadline and other requirements without review of Plaintiffs' initial disclosures and some opportunity to conduct fact discovery.

      If Defendant files a designation of non-parties at fault during the extended designation period, and Plaintiffs have any objection to such designation, Plaintiffs may move to strike the designation. Grounds for objection may include that Defendant has failed to satisfy Colorado's statutory requirements for designating a

non-party at fault and/or that Defendant knew or should have known of the identity of the non-party at fault and other information necessary to meet the statutory requirements within the original, statutory designation period, and thus had no basis for requesting the extension of time granted in this order.

IT IS SO ORDERED this 20th day of March, 2007.

s/John L. Kane
John L. Kane, Senior Judge
United States District Court
