IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02443-JLK-MEH**

**PAUL G. WARNER and
JILL R. WARNER**,

        Plaintiffs,

v.

**FORD MOTOR COMPANY, a foreign corporation,**

        Defendant.

## ORDER

Kane, J.

This matter is before me on Plaintiffs' Motion to Compel (Doc. 36), filed November 20, 2007. I have carefully considered the Motion, the parties' memoranda in support of and opposing the Motion and all applicable legal authorities, and find no need for oral argument.

Based on my review, and being fully advised in the premises, I find that the documents at issue, known as the "Volvo Collection," are relevant to matters at issue in this litigation. These matters include, at minimum, Plaintiffs' contention that Mr. Warner was injured as a result of a defective roof that collapsed when his 1995 Ford Explorer rolled in an accident and Defendant's expected defense that "roof crush" is not necessarily related to injury in rollover accidents. I further find that the discovery of this information appears reasonably calculated to lead to the discovery of admissible

evidence. I do not, however, decide at this time whether any or all of the documents in the "Volvo Collection" are themselves admissible. I further find it is not unduly burdensome for the Defendant to produce this collection of documents in light of Defendant's production of these documents in other litigation.

For the reasons stated above, I therefore GRANT Plaintiffs' Motion to Compel and ORDER Defendant to produce the "Volvo Collection" in response to No. 40 in Plaintiffs' First Request for Production of Documents. These documents will be subject to the previously entered Protective Order in this action.

Dated this 18th day of December, 2007.

s/John L. Kane
John L. Kane, Senior District Judge
United States District Court