IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02443-JLK-MEH**

**PAUL G. WARNER and**
**JILL R. WARNER**,

      Plaintiffs,

v.

**FORD MOTOR COMPANY, a foreign corporation,**

      Defendant.

---

**ORDER**

---

Kane, J.

This matter is before me on Defendant's Motion for Partial Summary Judgment on Plaintiff's First and Second Claims for Relief (Doc. 46), filed March 6, 2008. In this Motion, Defendant seeks summary judgment to the extent these claims allege the vehicle in question was defective or unreasonably dangerous by virtue of a design or manufacturing defect in its seat belt system. In response, Plaintiffs state they do not oppose the Motion. Pls.' Resp. to Def.'s Mot. for Partial Summ. J. on Pls.' First and Second Claims (Doc. 50).

Accordingly, I hereby GRANT Defendant's Motion for Partial Summary Judgment on Plaintiff's First and Second Claims for Relief (Doc. 46) and ORDER that summary judgment be entered for Defendant and against Plaintiffs on these claims to the extent

they allege the vehicle in question was defective or unreasonably dangerous by virtue of a design or manufacturing defect in its seat belt system.

Dated this 1st day of April, 2008.

        s/John L. Kane
        John L. Kane, Senior District Judge
        United States District Court