IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02443-JLK-MEH**

**PAUL G. WARNER and**
**JILL R. WARNER**,

        Plaintiffs,

v.

**FORD MOTOR COMPANY, a foreign corporation,**

        Defendant.

**MINUTE ORDER**

Judge John L. Kane **ORDERS**

    Plaintiffs' Motion for Leave to File Supplemental Response to Defendant's Motion for Partial Summary Judgment on Plaintiffs' Third Claim for Relief (Doc. #55) is GRANTED. Plaintiffs' Supplemental Response and exhibits, as attached to Plaintiffs' Motion, are deemed filed. Defendants may file a reply to Plaintiffs' Supplemental Response on or before June 24, 2008.

Dated: June 10, 2008