IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02443-JLK-MEH**

**PAUL G. WARNER** and
**JILL R. WARNER**,

        Plaintiffs,

v.

**FORD MOTOR COMPANY, a foreign corporation,**

        Defendant.
_____

**ORDER ON PLAINTIFFS' MOTION TO STRIKE
SUPPLEMENTAL EXPERT REPORT**
_____

Kane, J.

      This matter is before me on Plaintiff's Motion to Strike the Supplemental Report and Opinions of Defendant Ford's Expert Witness Jory L. Laine (Doc. #44), filed March 5, 2008. Having carefully considered the Motion, Defendant's Response, Plaintiff's Reply, and all applicable legal authorities, and being fully advised in the premises, I rule as follows:

      In his February 6, 2008 Supplemental Report, Exhibit 1 to Plaintiff's Motion, Mr. Laine states opinions regarding the future medical and life care costs to be incurred by Plaintiff Paul Warner. In these opinions, Mr. Warner made deductions for private insurance and Medicare and/or supplemental insurance assumed to be available to Mr. Warner at age 65. Such deductions are barred by Colorado's collateral source rule. *See* Colo. Rev. Stat. § 13-21-111.6 (prohibiting reduction for amounts received as

indemnification under an insurance or other contract); *Berg v. United States*, 806 F.2d 978, 985-86 (10th Cir. 1986) (deduction for Medicare benefits barred by collateral source rule). Accordingly, the opinions set forth in Mr. Laine's Supplemental Report are not relevant or admissible in this action, and may not be presented to the jury. Plaintiff's Motion to Strike Mr. Laine's February 6, 2008 Supplemental Report is, therefore, GRANTED.

    IT IS SO ORDERED.

    Dated this 6th day of November, 2008.

                                          s/John L. Kane
                                          John L. Kane, Senior District Judge
                                          United States District Court