# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 06-cv-02443-JLK

PAUL G. WARNER and
JILL R. WARNER,

       Plaintiffs,

vs.

FORD MOTOR COMPANY, a foreign corporation,

       Defendant.

## ORDER RE: STIPULATED MOTION
## FOR DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulated Motion for Dismissal with Prejudice (doc. #76), filed May 27, 2009, it is

ORDERED that the motion is GRANTED. The above-captioned case is hereby DISMISSED WITH PREJUDICE, and each party shall bear their respective costs and attorneys fees.

So ORDERED this 27th day of May, 2009.

                            BY THE COURT:

                            *s/John L. Kane*
                            JOHN L. KANE, SENIOR JUDGE
                            UNITED STATES DISTRICT COURT